No. 1005.   MURRAY ET AL. *v*. NEW YORK CITY ET AL. May 31, 1938.   Petition for writ of certiorari to the Supreme Court of New York denied.   *Messrs. A. Gordon Murray* and *Albert G. Avery* for petitioners.   *Mr. Paxton Blair* for respondents.

No. 1006.   WHITE *v*. YOUNGBLOOD.   May 31, 1938. Petition for writ of certiorari to the Supreme Court of Illinois denied.   *Mr. Richard E. Westbrooke* for petitioner.   *Corinne L. Rice* for respondent.

No. 1007.   UNITED STATES EX REL. SCHMIDT ET AL. *v*. MILES, U. S. MARSHAL.   May 31, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. W. G. Cavett* for petitioners.   *Solicitor General Jackson,* and *Messrs. Hugh A. Fisher, William W. Barron,* and *W. Marvin Smith* for respondent.

No. 1013.   LITTLEJOHN *v*. UNITED STATES.   May 31, 1938.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Messrs. A. M. Fitzgerald, Geo. B. Gillespie,* and *Edmund Burke* for petitioner.   *Solicitor General Jackson,* and *Messrs. Hugh A. Fisher* and *W. Marvin Smith* for the United States.

No. 1024.   MEYERS *v*. UNITED STATES.   May 31, 1938. Petition for writ of certiorari to the Circuit Court of Ap-